UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:12-CR-94-D-2

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | AMENDED |
| v. | : | ORDER TO SEAL |
| | : | |
| KATHERINE LASSWELL | : | |

Upon motion of the United States, it is hereby ORDERED Docket Entry Number 103 be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Sealed Amended Response, Amended Motion to Seal, and signed Amended Order to Seal to the United States Attorney's Office.

IT IS SO ORDERED, this the __3__ day of __March__, 2015.

JAMES C. DEVER III
Chief United States District Judge