UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Katherine Lasswell**  Docket No. 4:12-CR-94-2D

## Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Katherine Lasswell, who, upon an earlier plea of guilty to Possession With Intent to Distribute 500 Grams of a Mixture or Substance Containing a Detectable Amount of Methamphetamine and Aiding and Abetting, was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on June 10, 2013, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Katherine Lasswell is scheduled to be released from custody on September 11, 2018, at which time the term of supervised release will commence in the District of Arizona.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has reported that upon her release from custody on September 11, 2018, she will be "homeless." Based on this information, the District of Arizona is requesting a Residential Reentry Center (RRC) referral. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of up to 180 days, unless discharged earlier by the probation officer, to include singularly or in any combination, a halfway house, inpatient or drug-free sober living environment as selected by the probation officer in collaboration with Lasswell. A Waiver of the weekly subsistence payment is also recommended.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain<br>Michael C. Brittain<br>Supervising U.S. Probation Officer | /s/ Timothy L. Gupton<br>Timothy L. Gupton<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 919-861-8686<br>Executed On: August 29, 2018 |

Katherine Lasswell
Docket No. 4:12-CR-94-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___5___ day of __September__, 2018, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge